UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JUN 2 3 2016
PER _____ /s/ _____
DEPUTY CLERK

| | |
|---|---|
| LAMONT L. WARREN, | : |
| Petitioner, | : |
| v. | : CIVIL NO. 3:CV-16-0238 |
| DAVID J. EBBERT, | : (Judge Kosik) |
| Respondent. | : |

## ORDER

AND NOW, THIS 23rd DAY OF JUNE, 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. Petitioner's motion to convert (Doc. 23) is **DENIED WITHOUT PREJUDICE** to file a civil rights action as set forth in this Memorandum.

3. The Clerk of Court is directed to **CLOSE this case**.

s/Edwin M. Kosik
EDWIN M. KOSIK
United States District Judge